UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X
SHORELINE POOLS, INC., and
DAVID LIONETTI,
                      Plaintiff,

    - against -

MARK LIONETTI,
                    Defendant.
-------------------------------------------------------X

RULE 7.1 STATEMENT

Case No:   24-cv-01828

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs, Shoreline Pools, Inc., (a private non-governmental party) certifies the following:

    Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

    NONE.

Dated: November 20, 2024

_____
Philip Russell
Philip Russell, LLC
1 River Road
Cos Cob, Connecticut 06807
203-661-4200
Efile@greenwichlegal.com